UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY BACA,<br><br>    Petitioner-Defendant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff. | No.   CV 20-1167PA<br>       CR 16-66 PA<br><br>JUDGMENT |

Pursuant to the Court's April 5, 2020 Order denying the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by petitioner Leroy Baca ("Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: April 5, 2020

                                              Percy Anderson
                                      UNITED STATES DISTRICT JUDGE